UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No.: 4:12-cr-100-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | **ORDER TO SEAL MOTION FOR DOWNWARD DEPARTURE** |
| **ALLEN GIBBS** | |
| Defendant. | |

On Motion of the Defendant, Allen Gibbs, and for good cause shown, it is hereby ORDERED that the Motion for Downward Departure be sealed until further notice by this Court. It is further ORDERED that the Defendant's Motion to Seal the Motion for Downward Departure, for same good cause shown, be filed under seal. Accordingly, it is Ordered that these documents be filed under seal and to remain so sealed until otherwise ordered by the Court.

IT IS SO ORDERED.

This the 14th day of June, 2013

LOUISE FLANAGAN
United States District Judge